IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>                   Plaintiff,              )<br>                                                      )<br>       vs.                                        )<br>                                                      )<br>LUZ DEL CARMEN ROSALES-MIRANDA, )<br>                                                      )<br>                   Defendant.          ) | 8:10CR335<br><br>ORDER |

This matter is before the court on the motion for an extension of time by defendant Luz Del Carmen Rosales-Miranda (Rosales-Miranda) (Filing No. 33). Rosales-Miranda seeks an extension of time until November 4, 2010, in which to file pretrial motions in accordance with the progression order (Filing No. 31). Rosales-Miranda's counsel represents that government's counsel has no objection to the motion. Rosales-Miranda has filed an affidavit wherein she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 33-1). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Rosales-Miranda's motion for an extension of time (Filing No. 33) is granted. Rosales-Miranda is given until **on or before November 4, 2010,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 21, 2010, and November 4, 2010**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 21st day of October, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge